

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR CHAVEZ-CHAVEZ (1),<br>JULIO LUA-CHAVEZ (2)<br>    aka Miguel Lua-Chavez,<br>LAURA MAGANA (3),<br>GERARDO CASANOVA (4),<br><br>Defendants. | Criminal Case No.  07CR1407-WQH<br><br>ORDER REGARDING NONDISCLOSURE AND LIMITED USE OF WIRE TAP LINE SHEETS |

Pursuant to Fed. R. Crim. P. 16(d) and in accordance with the defendants' stipulation regarding the non-disclosure and limited use of the Government's wire tap line sheets,

IT IS HEREBY ORDERED that:

(1)  the line sheets shall only be used to assist defense counsel in preparing for trial and related proceedings and will not be used for any other purpose;

(2)  the line sheets shall not be used: (a) in connection with any motion challenging the wiretaps; (b) to examine or cross examine any witness; (c) to impeach the credibility of any witness; (d) to refresh the recollection of any witness; and (e) as trial exhibits;

(3)  the line sheets and/or their contents shall not be copied, distributed, or otherwise communicated to anyone who has not signed the stipulation; and

1    (4)   the line sheets are the property of the United States Attorney and shall be returned
2  to the Government upon demand, completion of the case, or upon the termination of counsel's
3  representation in connection with the above-captioned case.
4    SO ORDERED.

DATED: 8/24/07

_____
HONORABLE WILLIAM Q. HAYES
United States District Judge