FILED

07 AUG 23 AM 8:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.:   07cr 1407 - WQH |
| Plaintiff, | |
| v. | ORDER AUTHORIZING EXTRAORDINARY FEES FOR INTERPRETER PURSUANT TO 18 U.S.C. § 3006A (e) (1) |
| GERARDO CASANOVA(04), | |
| Defendant. | |

Upon review of Attorney Robert Schroth, Ex Parte Application for an order authorizing extraordinary fees for interpreter assistance and the supporting Declaration and GOOD CAUSE appearing;

IT IS HEREBY ORDERED that extraordinary fees for interpreter assistance be hereby authorized with regard to meetings with the Defendant, GERARDO CASANOVA, not to exceed 46 hours.

DATED: 8/22/07

By: _____
THE HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT COURT JUGDE

- 1 -