1  ROBERT E. SCHROTH, SR, ESQ. (SBN 103063)
   2044 First Avenue, Suite 200
2  San Diego, California 92101
   Telephone: (619) 233-7521
3  Facsimile:  (619) 233-4516

FILED
2007 SEP 10  PM 4: 36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____CP_____DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO CASANOVA(04),<br><br>Defendant. | Criminal Case No.:   07cr1407 - WQH<br><br>**ORDER AUTHORIZING REIMBURSEMENT OF DISCOVERY COSTS** |

Upon review of Attorney Robert Schroth , Ex Parte Application for an Order Authorizing Reimbursement of Discovery Costs and the supporting Declaration and GOOD CAUSE appearing;

IT IS HEREBY ORDERED that Attorney Robert Schroth shall be reimbursed for fees paid to Copy Connection totaling $286.00.

DATED: 9/10/07

By: _____
THE HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT COURT JUGDE

- 1 -

ORDER ALLOWING COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES

U. S.  v. Casanova, et. al
07CR1407