ROBERT E. SCHROTH, SR, ESQ. (SBN 103063)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile: (619) 233-4516

FILED
2007 SEP 10 PM 4: 37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GERARDO CASANOVA(04), <br><br> Defendant. | Criminal Case No.:  07cr1407 - WQH <br><br> **EX PARTE ORDER AUTHORIZING COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES AND ORDER THEREON** |

GOOD CAUSE appearing, IT IS HEREBY ORDERED:

That "Copy Connection" shall be permitted to bill directly to the Court, and pursuant to the Criminal Justice Act, approval is hereby given, for the following expenses: 22,844 pages of discovery at .08 cents per page for a total of $1827.52.

Respectfully Submitted,

DATED: 9/10/07

By: [signature]
HON. WILLIAM Q. HAYES
U.S. DISTRICT COURT JUDGE

- 1 -

EX PARTE APPLICATION FOR ORDER ALLOWING COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES

U. S. v. Casanova, et. al
07CR1407