```
1  ROBERT E. SCHROTH, SR, ESQ. (SBN 103063)
   2044 First Avenue, Suite 200
2  San Diego, California 92101
   Telephone: (619) 233-7521
3  Facsimile:  (619) 233-4516
4  Attorneys for Defendant CASANOVA
```

FILED

07 DEC -3 PM 2:42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO CASANOVA(04),<br><br>Defendant. | Criminal Case No.:   07cr1407 - WQH<br><br>**ORDER PERMITTING DEFENSE COUNSEL TO SUBMIT INTERIM CJA VOUCHERS FOR LEGAL SERVICES RENDERED** |

The Court, having duly considered defendant's Ex Parte Application For An Order Permitting Defense Counsel to Submit Interim CJA Vouchers for Legal Services Rendered,

IT IS HEREBY ORDERED, that the Application is GRANTED;

IT IS FURTHER ORDERED, that attorney Robert E. Schroth, Esq. may submit interim CJA vouchers for the legal services rendered and expenses incurred on behalf of defendant GERARDO CASANOVA;

**IT IS SO ORDERED:**

Dated: 12/3/07

_____
WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

- 1 -

EX PARTE APPLICATION FOR ORDER AUTHORIZING INTERIM VOUCHER PAYMENTS
AND ORDER THEREON

U. S. v. Casanova, et. al
07CR1407