FILED

07 DEC 12 PM 3:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO CASANOVA(04),<br><br>Defendant. | Criminal Case No.: 07Cr 1407 - WQH<br>~~07-Cr 1408 - WQH~~<br><br>**ORDER PERMITTING ATTORNEY'S FEES ABOVE $7,500 AND REIMBURSEMENT OF OUT OF POCKET COSTS** |

The Court, having duly considered defendant's Ex Parte Application for an Order Permitting attorneys fees above the $7500.00 for Legal Services Rendered, and reimbursement of out of pocket costs:

IT IS HEREBY ORDERED, that the Application is GRANTED.

IT IS FURTHER ORDERED, that attorney Robert E. Schroth, Esq. may submit a CJA voucher for the legal services rendered in excess of $7500.00 and expenses incurred on behalf of defendant GERARDO CASANOVA;

**IT IS SO ORDERED:**

Dated: 12/12/7

WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

- 1 -